1 Lawrence Brewster
Regional Solicitor
2 **Daniel J. Chasek** (CSBN #186968)
Acting Associate Regional Solicitor
3 Office of the Solicitor (Sol#0918503)
United States Department of Labor
4 350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
5    Telephone:  (213) 894-4225
   Facsimile:  (213) 894-2064
6 chasek.daniel@dol.gov

7 Attorneys for the Plaintiff

8

9        UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA

11

12 **HILDA L. SOLIS,**      )   Case No. CV09-3336 GAF AJWx
   Secretary of Labor,    )
13    United States Department of Labor,  )

14          Plaintiff,     )

15        v.      )   **CONSENT JUDGMENT**

16 **E D Fashion, Inc.,** a California corporation; )
**KB Apparel, Inc.,** a California corporation; )
17 **Kevin K. Choi,** Individually and as  )
Managing Agent of Corporate Defendant; and )
18 **Hyunjoo H. Choi,** Individually and as  )
Managing Agent of Corporate Defendant, )
19       )
20          Defendants.   )
21       )
22       )

23

24     1)     The plaintiff, HILDA L. SOLIS, Secretary of Labor, United States Depart-

25 ment of Labor ("Secretary") and Defendants E D Fashion, Inc., KB Apparel, Inc., both

26 California corporations, and Kevin K. Choi and Hyunjoo H. Choi, individually and as

27 managing agents of the corporate defendants (collectively, "Defendants"), have agreed

28 to resolve the matters in controversy in this civil action and consent to the entry of this

Consent Judgment in accordance herewith:

A.   The Secretary has filed a Complaint alleging that Defendants violated provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5).

B.   Defendants acknowledge receipt of a copy of the Secretary's Complaint and waive answer and any defenses to the Secretary's Complaint.

C.   Defendants admit that they knowingly violated the FLSA, as alleged in the Secretary's Complaint, by using computer software to produce fraudulent records for Defendants' piece rate workers.

D.   The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

E.   The Secretary acknowledges Defendants and related manufacturers have made payments of $169,775.56, plus interest, prior to the entry of this Consent Judgment.

F.   Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that the Defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 215(a)(2) and 215(a)(5), in any of the following manners:

1.   Defendants shall not, contrary to FLSA § 6, 29 U.S.C. § 206, pay any employee who in any workweek is engaged in commerce or the production of goods for commerce, within the meaning of the FLSA, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA

§ 3(s), wages at a rate less than $6.55 an hour (or less than the applicable minimum rate as may hereafter be established by amendment to the FLSA).

2.  Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

3.  Defendants shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

4.  Defendants shall not, contrary to FLSA § 15(a)(1), transport, offer for transportation, ship, deliver, or sell in commerce (or ship, deliver, or sell with knowledge or reason to believe that shipment, delivery, or sale in commerce is intended) goods in the production of which any employee has been employed in violation of FLSA §§ 6 and/or 7, 29 U.S.C. §§ 206 and/or 207.

5.  Defendants, jointly and severally, shall not continue to withhold the payment of $180,224.44, plus interest, which is the unpaid balance of $350,000.00 in minimum wage and overtime pay hereby found to be due under the FLSA to 111 employees, as a result of their employment by Defendants during the period of January 17, 2007, to January 17, 2009, as set forth in the attached Exhibit 1, showing the name of each employee and listing on the same line the gross backwage amount due the employee and the period covered by the Consent Judgment.

6.  Defendants shall pay the backwages plus 3% annual interest on the outstanding balance starting from March 17, 2009, until the backwages required under this Judgment are paid in full, as set forth in paragraph 7 below (and as set forth in attached exhibit 2). Each payment shall be made by a certified or cashier's check or money order with the firm name and "BWs + Interest" written on each, payable to the order of the "Wage & Hour Div., Labor," and delivered to the U.S. Department of Labor, Wage and Hour Division, 915 Wilshire Blvd. Suite 960, Los Angeles, CA 90017, on or before the date the payment is due.

7.  Defendants shall deliver to the Wage and Hour Division, United States Department of Labor, 915 Wilshire Blvd. Suite 960, Los Angeles, CA 90017, the following:

a.  On or before April 17, 2009, a schedule in duplicate bearing the firm name, employer identification number(s), address, and phone number of the defendants and showing the name, last known (home) address, social security number, and gross backwage amount for each person listed in the attached Exhibit 1;

b.  On or before April 17, 2009, and again on or before the 17th day of each of the three months thereafter, a certified or cashier's check or money order with the firm name and "BWs + Interest" written on each, payable to the order of the "Wage & Hour Div., Labor," in the amount of $45,338.06;

c.  In the event of a default in the timely making of any of the payments specified herein, the full amount under the backwage provisions of this Judgment which then remains unpaid, plus interest at the rate of ten percent (10%) per year, from the date of this Judgment until the full amount of this Judgment is paid in full, shall become due and payable upon the Secretary's sending by ordinary mail a written demand to the last business address of the Defendants then known to the Secretary;

d.  There will be no pre-payment penalty in the event the Defendants pay the full amounts due under the monetary provisions of this Judgment prior to the

dates set forth above.

8.   The Secretary shall allocate and distribute the remittances, or the proceeds thereof, to the persons named in the attached Exhibit 1, or to their estates if that be necessary, in her sole discretion, and any money not so paid within a period of three years from the date of its receipt, because of an inability to locate the proper persons or because of their refusal to accept it, shall be then deposited in the Treasury of the United States, as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c);

9.   Defendants shall not use computer software to create fraudulent records with respect to, but not limited to, its employees paid by piece rate; it is further

ORDERED that the filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any action under FLSA § 16(b), 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit 1 nor as to any employee named on the attached Exhibit 1 for any period not specified therein; and, it is further

ORDERED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended; and, it is further

ORDERED that this Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

Dated:   May 20, 2009          .

UNITED STATES DISTRICT JUDGE

**CONSENT JUDGMENT** (Sol#0918503))                                                    **Page 5 of 12**

1   For the Defendants:

2   Each Defendant hereby appears, waives any
3   defense herein, consents to the entry of
4   this Judgment, and waives notice by the
    Clerk of Court:
5

6   For: E D Fashion, Inc.

7   By: _____        _____5-6-09_____
8        Authorized Agent                      Date

9   Its: _____
10

11  For: KB Apparel, Inc.

12  By: _____        _____5-6-09_____
13       Authorized Agent                      Date

14

15  Its: _____
16                                             _____6 4-19-09_____
17  Kevin K. Choi                              Date

18                                             _____4-19-09_____
19  Hyunjoo H. Choi                            Date

20

21  For the plaintiff:

22  CAROL DEDEO
23  Deputy Solicitor for National Operations

24  LAWRENCE BREWSTER
25  Regional Solicitor

26  Daniel J Chasek                            _____5-11-09_____
27  DANIEL J. CHASEK                           Date
    Acting Associate Regional Solicitor
28  Attorneys for the Plaintiff

CONSENT JUDGMENT (Sol#0918503))

**Exhibit 1**

| Name | Period Covered Hereby | Amount |
|------|----------------------|--------|
| Aemejo, Erika | 10/25/2008 - 01/17/2009 | $1,176.30 |
| Alvarez, Elena | 10/25/2008 - 01/17/2009 | $1,166.98 |
| Alvarez, Esteban | 10/25/2008 - 01/17/2009 | $1,355.58 |
| Alvarez, Fiancisca | 10/25/2008 - 01/17/2009 | $6,373.70 |
| Argueta, Lucrecia | 10/25/2008 - 01/17/2009 | $195.76 |
| Bandala, Lauro | 10/25/2008 - 01/17/2009 | $903.13 |
| Bandala, Marino G | 10/04/2008 – 01/17/2009 | $1,414.97 |
| Baten, Monio | 10/04/2008 – 01/17/2009 | $1,071.51 |
| Carcamo, Isabel | 10/04/2008 – 01/17/2009 | $1,066.64 |
| Casiano, Marisol | 01/27/2007 – 01/17/2009 | $13,700.84 |
| Casiano, Nahum | 10/04/2008 – 01/17/2009 | $1,265.63 |
| Casiano, Rosalba | 10/04/2008 – 01/17/2009 | $1,988.24 |
| Casiano, Saida | 01/27/2007 – 01/17/2009 | $7,046.81 |
| Centeno, Alma | 10/04/2008 – 01/17/2009 | $1,366.82 |
| Centeno, Maria | 10/04/2008 – 01/17/2009 | $1,296.48 |
| Chay, Ana | 10/04/2008 – 01/17/2009 | $160.01 |
| Coronado, Federico | 10/04/2008 – 01/17/2009 | $1,035.74 |
| Cos, Andrea | 10/04/2008 – 01/17/2009 | $332.02 |
| Echererria, Maria | 10/04/2008 – 01/17/2009 | $628.88 |
| Elias, Alfredo | 10/04/2008 – 01/17/2009 | $674.08 |
| Elias, Noa | 10/04/2008 – 01/17/2009 | $1,316.48 |
| Elizando, Reina | 10/04/2008 – 01/17/2009 | $1,019.31 |
| Ferreira, Monica | 11/24/2007 – 12/13/2008 | $6,757.64 |
| Flores, Celestina | 09/13/2008 – 01/17/2009 | $1,842.96 |
| Flores, Georgina | 10/04/2008 – 01/17/2009 | $1,261.48 |
| Francisco, Catalina | 01/27/2007 – 01/17/2009 | $12,794.21 |

**CONSENT JUDGMENT** (Sol#0918503))

| | | | |
|---|---|---|---|
| 1 | Fuentas, Maria | 10/04/2008 – 01/17/2009 | $288.51 |
| 2 | Garcia, Marco A | 01/27/2007 – 01/17/2009 | $6,494.09 |
| 3 | Garcia, Patricia | 01/20/2007 – 01/17/2009 | $7,761.09 |
| 4 | Gaspar, Ruttilio | 10/04/2008 – 01/17/2009 | $862.79 |
| 5 | Gomez, David | 10/11/2008 – 01/17/2009 | $1,296.51 |
| 6 | Gomez, Domingo | 10/04/2008 – 01/17/2009 | $1,245.74 |
| 7 | Gomez, Lorenzo | 01/12/2008 – 01/17/2009 | $4,102.10 |
| 8 | Gracias, Marina | 01/10/2009 – 01/17/2009 | $187.89 |
| 9 | Granados, Antonio | 01/27/2007 – 01/17/2009 | $13,286.56 |
| 10 | Guerrero, Alba | 01/27/2007 – 01/17/2009 | $13,613.28 |
| 11 | Guillermina, Tapia | 10/04/2008 – 01/17/2009 | $1,213.97 |
| 12 | Guinneachvez, Ernesto | 10/04/2008 – 01/17/2009 | $1,500.43 |
| 13 | Gutierez, Pedro | 08/02/2008 – 01/17/2009 | $1,460.69 |
| 14 | Hernandez, Ceferina | 01/27/2007 – 01/17/2009 | $13,216.31 |
| 15 | Hernandez, Cesar | 10/04/2008 – 01/17/2009 | $1,057.03 |
| 16 | Hernandez, Francisca | 11/08/2008 – 01/17/2009 | $589.23 |
| 17 | Hernandez, Franciso | 01/10/2009 – 01/17/2009 | $163.24 |
| 18 | Hernandez, Irma | 01/27/2007 – 01/17/2009 | $13,242.31 |
| 19 | Hernandez, Martha | 10/04/2008 – 01/17/2009 | $262.38 |
| 20 | Hernandez, Monica | 10/04/2008 – 01/17/2009 | $1,433.34 |
| 21 | Hernandez, Pedro | 01/27/2007 – 01/17/2009 | $13,505.77 |
| 22 | Jimenez, Fernando | 10/04/2008 – 01/17/2009 | $947.61 |
| 23 | JImenez, Gerardo | 10/04/2008 – 01/17/2009 | $674.60 |
| 24 | Juan, Samuel | 01/27/2007 – 01/17/2009 | $13,320.11 |
| 25 | Karina, Antonio | 10/04/2008 – 01/17/2009 | $245.60 |
| 26 | Landero, Mary | 10/04/2008 – 01/17/2009 | $1,130.44 |
| 27 | Lanzagorta, Alfredo | 10/04/2008 – 01/17/2009 | $1362.62 |
| 28 | Lanzagorta, Francisco | 01/27/2007 – 01/17/2009 | $6,497.63 |

**CONSENT JUDGMENT** (Sol#0918503))

| | | | |
|---|---|---|---|
| 1 | Lanzagorta, Gabriel | 10/04/2008 – 01/17/2009 | $925.48 |
| 2 | Lianez, Manuel | 10/04/2008 – 01/17/2009 | $1,216.87 |
| 3 | Lopez, Isabel | 01/20/2007 – 01/17/2009 | $7,307.55 |
| 4 | Lopez, Mardoqueo | 01/27/2007 – 01/17/2009 | $13,437.81 |
| 5 | Lopez, Marina | 01/20/2007 – 01/17/2009 | $7,515.06 |
| 6 | Lucas, Mateo | 02/02/2008 – 01/17/2009 | $6,281.05 |
| 7 | Maldona, Bacilia | 10/04/2008 – 01/17/2009 | $1,205.66 |
| 8 | Martin, Alejandro | 01/27/2007 – 01/17/2009 | $6,840.88 |
| 9 | Martines, Ana | 10/04/2008 – 01/17/2009 | $639.97 |
| 10 | Martinez, Angel | 11/01/2008 – 01/17/2009 | $6,707.33 |
| 11 | Martinez, Casimio | 01/19/2008 – 01/17/2009 | $3,808.88 |
| 12 | Mazariegos, Margarita | 10/04/2008 – 01/17/2009 | $852.83 |
| 13 | Miguel, Margarita | 11/01/2008 – 01/17/2009 | $936.23 |
| 14 | Mooalcs, Elisa | 10/04/2008 – 01/17/2009 | $143.86 |
| 15 | Morakes, Leonor | 10/04/2008 – 01/17/2009 | $431.30 |
| 16 | Morales, Maria M | 01/27/2007 – 01/17/2009 | $7,476.94 |
| 17 | Morales, Martha | 11/01/2008 – 01/17/2009 | $555.11 |
| 18 | Moreno, Alvaro | 10/04/2008 – 01/17/2009 | $1,300.77 |
| 19 | Moreno, Marcelino | 10/04/2008 – 01/17/2009 | $996.53 |
| 20 | Mtz, Jorge T | 01/27/2007 – 01/17/2009 | $13,816.75 |
| 21 | Olvera, Abelina | 10/04/2008 – 01/17/2009 | $89.80 |
| 22 | Orosca, Ana | 10/04/2008 – 01/17/2009 | $1,203.85 |
| 23 | Palacios, Jose L | 10/04/2008 – 01/17/2009 | $882.84 |
| 24 | Perez, German | 01/20/2007 – 01/17/2009 | $7,639.68 |
| 25 | Perez, Guillermo | 12/06/2008 – 01/17/2009 | $169.10 |
| 26 | Perez, Nelson | 11/01/2008 – 01/17/2009 | $6,361.22 |
| 27 | Perez, Nora | 10/04/2008 – 01/17/2009 | $1,108.31 |
| 28 | Pu, Juan | 10/04/2008 – 01/17/2009 | $1,380.68 |

| | | | |
|---|---|---|---|
| 1 | Ramirez, Bernardo | 10/04/2008 – 01/17/2009 | $688.36 |
| 2 | Ramirez, Jorge | 10/04/2008 – 01/17/2009 | $881.97 |
| 3 | Ramirez, Rogelio | 10/04/2008 – 01/17/2009 | $1,170.32 |
| 4 | Ramos, Antonio | 10/04/2008 – 01/17/2009 | $1,446.06 |
| 5 | Ramos, Santos | 10/04/2008 – 01/17/2009 | $256.08 |
| 6 | Reyes, Jorge | 10/04/2008 – 01/17/2009 | $1,154.52 |
| 7 | Reyes, Teresa | 10/04/2008 – 01/17/2009 | $1,104.30 |
| 8 | Robles, Maricela | 10/04/2008 – 01/17/2009 | $841.90 |
| 9 | Rodriguez, Carmen | 01/27/2007 – 01/19/2008 | $7,322.09 |
| 10 | Romero, Gerardo | 10/04/2008 – 01/17/2009 | $864.89 |
| 11 | Romero, Rhina A | 01/20/2007 – 01/17/2009 | $6,915.53 |
| 12 | Rosa, Angelica | 01/12/2008 – 01/17/2009 | $4,579.83 |
| 13 | Ruben, Elias | 10/04/2008 – 01/17/2009 | $840.52 |
| 14 | Ruiz, Maleni | 12/13/2008 – 01/17/2009 | $224.70 |
| 15 | Sanchez, Juana | 10/04/2008 – 01/17/2009 | $1,512.95 |
| 16 | Santos, Arrieta | 02/02/2008 – 01/17/2009 | $177.46 |
| 17 | Sarat, Mario | 10/04/2008 – 01/17/2009 | $965.96 |
| 18 | Sepullbeda, Victor | 10/04/2008 – 01/17/2009 | $1,146.78 |
| 19 | Soto, Georgina | 08/02/2008 – 01/17/2009 | $1,157.30 |
| 20 | Tizol, Rolando | 10/04/2008 – 01/17/2009 | $1,091.85 |
| 21 | Tzum, Juan F | 02/02/2008 – 01/17/2009 | $6,994.46 |
| 22 | Valasquez, Gabriela | 10/04/2008 – 01/17/2009 | $613.20 |
| 23 | Vasquez, Miguel | 10/27/2007 – 01/17/2009 | $6,871.44 |
| 24 | Velez, Miguel | 10/04/2008 – 01/17/2009 | $784.63 |
| 25 | Vicente, Santos | 11/01/2008 – 01/17/2009 | $845.53 |
| 26 | Vivar, Florencia | 10/04/2008 – 01/17/2009 | $1,196.61 |
| 27 | Zapeta, Martin | 10/04/2008 – 01/17/2009 | $278.64 |
| 28 | Zarate, Juan | 08/04/2007 – 01/17/2009 | $5,484.49 |

**CONSENT JUDGMENT** (Sol#0918503))                    **Page 10 of 12**

| | | | |
|---|---|---|---|
| 1 | Doe, Marina | 10/04/2008 – 01/17/2009 | $1,181.22 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

**CONSENT JUDGMENT** (Sol#0918503))

## EXHIBIT 2

Initial Payment: $125,000.00

| Payment No. | Date Due | Amount Due | Interest Due | Total Due |
|---|---|---|---|---|
| 1 | 03/17/2009 | $44,775.56 | $562.50 | $45,338.06 |
| 2 | 04/17/2009 | $44,887.50 | $450.56 | $45,338.06 |
| 3 | 05/17/2009 | $44,999.72 | $338.34 | $45,338.06 |
| 4 | 06/17/2009 | $45,112.22 | $225.84 | $45,338.06 |
| 5 | 07/17/2009 | $45,225.00 | $113.06 | $45,338.06 |
| | | | | |
| | Totals: | $225,000.00 | $1,690.30 | $226,690.30 |